1

2

3

4

5

6

7

8

9            **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13    LUCIOUS WILSON,                              Case No. CV 12-9724-GW(MRW)

14                  Plaintiff,

15          v.                                     JUDGMENT

16    DEPUTY COSIO,

17                  Defendant.

18

19

20          Pursuant to the Order Accepting Findings and Recommendations of the

21    United States Magistrate Judge,

22          IT IS ADJUDGED that judgment be entered in favor of Defendant.

23

24

25    DATE: August 25, 2015        _____

                                   HON. GEORGE H. WU

26                                 UNITED STATES DISTRICT JUDGE

27

28